168 A.3d 1163

FEDERAL NATIONAL MORTGAGE ASSOCIATION, PLAINTIFF–
RESPONDENT, v. ROSE M. REED, DEFENDANT–
PETITIONER.

May 10, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002222–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

168 A.3d 1164

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMA-
NENCY, PLAINTIFF–RESPONDENT, v. S.R., DEFENDANT–
PETITIONER. IN THE MATTER OF THE GUARDIANSHIP OF
SO.R., MINOR–RESPONDENT.

May 10, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003356–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.